TOM MULLINS v. THE STATE.

No. 6710. Decided February 22, 1922.

Rape—Statement of Facts—Bills of Exception—Practice on Appeal.

Where the statement of facts and bills of exception were not filed within time, and there was no explanation as to the delay, the same could not be considered on appeal, and the indictment being sufficient, and the other proceedings being regular, the judgment must be affirmed.

Appeal from the District Court of McLennan. Tried below before the Honorable Richard I. Munroe.

Appeal from a conviction of rape; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

R. G. Storey, Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for rape; punishment fixed at confinement in the penitentiary for a period of five years.

The court in which the cause was tried began on the 2nd day of May and ended on the 3rd day of September. The final judgment was rendered June 27th. Ninety days thereafter were allowed in which to file the statement of facts and bills of exceptions. The statement of facts was not filed until November 14th; the bills of

exceptions were filed November 12th. The law required that both should have been filed by the 25th day of September, 1921. There is no explanation of the delay, and we are not privileged to consider either the bills of exceptions or the statement of facts.

There is no fault in the indictment, nor is there any irregularity discerned in the record.

The judgment is affirmed.

. *Affirmed.*